UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| HOMERO RAMIREZ, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | CIVIL ACTION NO. 2:11-CV-00294 |
| | * | |
| AUSTIN J. DECOSTER, et al. | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff Homero Ramirez, by and through counsel, on behalf of the parties and advises the Court that the parties have reached a settlement in the above-referenced matter.

Dated: October 14, 2013
　　　　　　　　　　　　　　　　　　　　　　/s/ Benjamin R. Gideon
　　　　　　　　　　　　　　　　　　　　　Benjamin R. Gideon, Esq.
　　　　　　　　　　　　　　　　　　　　　Berman & Simmons, P.A.
　　　　　　　　　　　　　　　　　　　　　P.O. Box 961
　　　　　　　　　　　　　　　　　　　　　Lewiston, ME  04243-0961
　　　　　　　　　　　　　　　　　　　　　(207) 784-3576
　　　　　　　　　　　　　　　　　　　　　bgideon@bermansimmons.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

2

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed a Notice of Settlement with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

John F. Lambert, Jr., Esq.
Lambert Coffin
P.O. Box 15215
Portland, ME 04112-5215

Dated: October 14, 2013                     /s/ Benjamin R. Gideon
                                                               Benjamin R. Gideon, Esq.
                                                               Berman & Simmons, P.A.
                                                               P.O. Box 961
                                                               Lewiston, ME 04243-0961
                                                               (207) 784-3576
                                                               bgideon@bermansimmons.com
                                                               Attorney for Plaintiff

992418.doc