# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| HOMERO RAMIREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:11-cv-294 JAW |
| ) | |
| ) | |
| AUSTIN J. DECOSTER, et al ) | |
| ) | |
| Defendants ) | |

## STIPULATION OF DISMISSAL

NOW COME the parties in the above-captioned matter, by and through their undersigned attorneys, and pursuant to Rule 41 of the Maine Rules of Civil Procedure, and stipulate to the dismissal of this action with prejudice and without costs or attorneys fees to any party.

Dated at Portland, Maine this 28th day of October, 2013.


DATED:  October 28, 2013            /s/ Benjamin R. Gideon
                                    Benjamin R. Gideon, Maine Bar No. 9419
                                    Attorney for Plaintiff


BERMAN & SIMMONS, P.A.
129 Lisbon St., P.O. Box 961
Lewiston, ME 04243-0961
(207) 784-3576
(207) 784-7699 (fax)
bgideon@bermansimmons.com

DATED:  October 28, 2013    /s/ John F. Lambert, Jr.
John F. Lambert, Jr., Bar No: 2406
Attorney for Defendants

LAMBERT COFFIN
477 Congress St., 14th Floor
P.O. Box 15215
Portland, ME 04112-5215
207 874-4000
207 874-4040 (fax)
jlambert@lambertcoffin.com

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Benjamin R. Gideon, Esq.
Berman & Simmons, P.A.
P.O. Box 961
Lewiston, ME 04243-0961
(207) 784-3576
bgideon@bermansimmons.com

Dated:  October 28, 2013    /s/ John F. Lambert, Jr.
John F. Lambert, Jr., Esq.
LAMBERT COFFIN
P.O. Box 15215
Portland, ME 04112-5215
(207) 874-4000
jlambert@lambertcoffin.com
Attorney for Defendants